UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dorothy Bell,

    Plaintiff,

v.

State Farm Insurance Co.,

    Defendant.

Case No. 2:18-cv-1208

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

On December 3, 2019, Magistrate Judge Vascura issued a Report and Recommendation ("R&R") recommending the Court dismiss Plaintiff's action under Federal Rule of Civil Procedure 41(b) for failure to prosecute. R&R, ECF No. 43. The R&R advised the parties of their right to object and warned the parties of the consequences of failing to timely object. *Id.* at 5–6. Plaintiff failed to timely object to the R&R.

Accordingly, the Court **ADOPTS** the R&R and **DISMISSES** Plaintiff's action for failure to prosecute. The Clerk shall enter final judgment for Defendant and terminate this case.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**